HONORABLE ROBERT LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SCOTT BEUTLER,<br><br>　　　　Plaintiff,<br>vs.<br><br>SURGENER FISHERIES, ET AL.,<br><br>　　　　Defendants. | AT LAW AND IN ADMIRALTY<br><br>Case No. 3:22cv-05507-RSL<br><br>**ORDER ON JOINT MOTION TO CONTINUE DISCOVERY DEADLINE AND TRIAL DATE** |

　　　Having reviewed the joint motion submitted by the parties to continue the trial date and pre-trial deadlines, finding good cause shown, it is hereby:

　　　ORDERED, ADJUDGED and DECREED, that trial in this case is continued until March 4, 2024. The clerk is directed to extend all pre-trial deadlines by seven (7) months.

　　　DATED this 15th day of May, 2023

　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　United States District Judge

---

**ORDER ON JOINT MOTION FOR CONTINUANCE OF DISCOVERY DEADLINE AND TRIAL DATE- 1**
**CASE NO. 3:22-CV-05507**

**JOHN W. MERRIAM**
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012

PRESENTED BY:

GORDON WEBB AND JOHN MERRIAM d/b/a SEATTLE MARITIME ATTORNEYS, OF ATTORNEYS FOR PLAINTIFF

BY: */s/ John Merriam*
    John Merriam, WSBA # 12749
    4005 20th Ave West, Suite 110
    Seattle, WA 98199
    Ph: (206) 729-5252
    Fax: (206) 729-1012
    Em: john@merriam-maritimelaw.com
    **Attorney for Plaintiff**

KEVIN BEAUCHAMP SMITH, ATTORNEY AT LAW

By: */s/ Kevin Beauchamp Smith*
    Kevin Beauchamp Smith, WSBA #21156
    2442 NW Market Street, PMB #10
    Seattle, WA 98107-4137
    Ph: (206) 781-1657
    Fax: (888) 435-0145
    Em: kevinbeauchampsmith@protonmail.com
    **Attorney for Defendants**

**ORDER ON JOINT MOTION FOR CONTINUANCE OF DISCOVERY DEADLINE AND TRIAL DATE- 2**
**CASE NO. 3:22-CV-05507**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington  98199**
**T (206) 729-5252 ♦ F (206) 729-1012**